UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------------x
LOUIS H. HOPSON, JR., et al.

                               Plaintiffs,

                               -against-

THE MAYOR AND CITY COUNCIL OF BALTIMORE, A
MUNICIPAL CORPORATION OF THE STATE OF
MARYLAND; THE BALTIMORE CITY
POLICE DEPARTMENT;

                               Defendants.
------------------------------------------------------------------x

CIVIL ACTION No:
1:04-CV-03842(WDQ)

## ORDER

Upon motion of the Plaintiffs, to which the Defendants have consented, it is hereby ORDERED that Plaintiffs' Consent Motion for Entry of an Order Approving the Establishment of a Qualified Settlement Fund, as that term is defined in Treas. Reg. Sections 1.468B-1 *et seq.*, is hereby GRANTED.

DATE: 8/18/9

_____
William D. Quarles, Jr.